1  Dawyn R. Harrison, County Counsel (SBN: 173855)
   Scott Kuhn, Assistant County Counsel, (SBN: 190517)
2  Dušan Pavlović, Senior Deputy County Counsel (SBN: 228509)
   Caroline K. Castillo, Deputy County Counsel (SBN: 236987)
3  OFFICE OF THE COUNTY COUNSEL
   648 Kenneth Hahn Hall of Administration
4  500 West Temple Street
   Los Angeles, California 90012-2713
5  Telephone: (213) 974-1811
   Facsimile: (213) 626-7446
6
   Deborah J. Fox (SBN: 110929)
7  dfox@meyersnave.com
   Jenny L. Riggs (SBN: 204417)
8  jriggs@meyersnave.com
   Catherine L. Carlisle (SBN: 298316)
9  ccarlisle@meyersnave.com
   Seena M. Samimi (SBN: 246335)
10 ssamimi@meyersnave.com
   MEYERS NAVE
11 707 Wilshire Blvd., 24th Floor
   Los Angeles, California 90017
12 Telephone: (213) 626-2906
   Facsimile: (213) 626-0215
13
14 Attorneys for Plaintiffs
   THE PEOPLE OF THE STATE OF
15 CALIFORNIA and THE COUNTY OF LOS
   ANGELES

16 *Additional counsel in signature block*

17                    **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through Dawyn R. Harrison, County Counsel for the County of Los Angeles, and THE COUNTY OF LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>CHIQUITA CANYON, LLC, a Delaware limited liability company; CHIQUITA CANYON, INC., a Delaware corporation; WASTE CONNECTIONS US, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-10819-MEMF (MARx)<br>Related Case: 2:23-cv-08380-MEMF (MARx)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT STATUS REPORT RE JUDICIAL SITE VISIT**<br><br>Action Filed:    December 16, 2024<br>Trial Date:       None Set |

## I.   INTRODUCTION

Pursuant to this Court's order [DKT 66], the Parties in the instant case and the Lead Case have met and conferred regarding the Judicial Site Visit to the Chiquita Canyon Landfill, and have discussed dates and times for a visit, certain logistics, and some potential stops for an itinerary.

The Parties also request this Court's permission to invite Judge Daniel Buckley, Special Master in these cases, to attend the site visit as well.

## II.   POTENTIAL DATES FOR A SITE VISIT

The Chiquita Canyon Defendants have offered certain dates that they can make the Landfill available for a site visit: June 25 or 26; June 30-July 2; or July 7-11, 2025. They advise that from an operational perspective, they would prefer that the onsite portion of the visit begin at or after 10:30 a.m. so as not to interfere with daily operations, including daily safety meetings that take place in the mornings for the on-site team and the period when there is increased site traffic. Chiquita Canyon Defendants will provide shade tents and water at all stops at the Landfill for safety and comfort. Should the Court prefer a different time, the Chiquita Canyon Defendants will attempt to accommodate. The Parties expect that the site visit will last 1-2 hours, with approximately 1 hour on site and additional time at community locations.

County Plaintiffs and Private Plaintiffs note that this site visit will likely take place in June or July, making the mid-day heat a factor to consider in any site visit. County Plaintiffs further note that the Conditional Use Permit under which the Landfill operates allows daily operations for site preparation and maintenance activities Monday through Saturday from 4:00 a.m. to 7:00 p.m. As the community generally reports odors early in the morning (*i.e.*, between 5:00 a.m. and 9:00 a.m.) and late in the day (from 6:00 p.m. to 10:00 p.m. or even later), a visit in the early morning may be appropriate.

## III.   PRELIMINARY LOGISTICAL ISSUES

The Chiquita Canyon Defendants have advised that they can accommodate three vehicles only, with a maximum of 20 attendees. The Chiquita Canyon Defendants therefore propose that the Court and Court staff bring one vehicle, and the Plaintiffs share a second, while defendants share a third vehicle. The Chiquita Canyon Defendants recommend a vehicle with four-wheel

drive as not all roads at the Landfill are paved and there are steep grades.  Each group should provide its own vehicle, and the Parties can coordinate to provide a vehicle and driver for the Court and Court staff.

The Chiquita Canyon Defendants advise that they will provide safety vests for each participant.  Should the itinerary the Parties agree on require additional, different Personal Protective Equipment, the Parties will meet and confer on that issue.  For clothing, the Chiquita Canyon Defendants recommend closed-toe shoes (it is not necessary to wear steel-toed boots), long pants, and comfortable clothing suitable for something like a construction site.  During the visit, all visitors must sign in and attend an initial safety briefing before embarking on the visit.

### IV.  PROPOSED NEXT STEPS

The Parties request that the Court identify the date and time of the Site Visit to allow for further planning; that the Court provide the estimated number of Court-related attendees; that the Court notify the Parties of any specific locations it would like included in the site visit, if any; and confirm whether Judge Daniel Buckley, Special Master, may also be invited.  The Parties will continue to meet and confer regarding an itinerary and a detailed protocol for the site visit.  The Parties anticipate that they can provide such by June 24, 2025.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2025 | Paul S. Chan |
| 2 | | Ariel A. Neuman |
| | | Shoshana E. Bannett |
| 3 | | Alex M. Cronin |
| | | BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP |
| 4 | | |
| 5 | | Jacob P. Duginski |
| | | Kaitlyn D. Shannon |
| 6 | | Megan L. Marzec Morgan |
| 7 | | Katelyn E. Ciolino |
| | | BEVERIDGE & DIAMOND, P.C. |

By: _____/s/Katelyn E. Ciolino_____
KATELYN E. CIOLINO
Attorneys for Defendants Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.

DATED: June 16, 2025                LATHAM & WATKINS LLP

By: _____/s/Michael G. Romey_____
MICHAEL G. ROMEY
ALEX WYMAN
JOSEPH L. TERESI
Attorneys for Defendant Ameresco Chiquita Canyon Energy LLC

DATED: June 16, 2025                KIESEL LAW LLP


                                    By:        /s/Nima M. Sadeghi
                                        Paul R. Kiesel
                                        Cherisse H. A Cleofe
                                        Nima M. Sadeghi

                                        *Plaintiffs' Co-Lead Counsel*


DATED: June 16, 2025                SETHI ORCHID MINER LLP
                                    STRIS & MAHER LLP



                                    By:        /s/Colleen R. Smith
                                        Rahul Sethi
                                        Oshea Orchid
                                        Shelby Miner

                                        Peter K. Stris
                                        Elizabeth R. Brannen
                                        Victor O'Connell
                                        Colleen R. Smith

                                        *Plaintiffs' Co-Lead Counsel*


DATED: June 16, 2025                SCHIMMEL & PARKS, APLC



                                    By:        /s/Michael W. Parks
                                        Alan I. Schimmel
                                        Michael W. Parks
                                        Arya Rhodes

                                        *Plaintiffs' Co-Lead Counsel*

DATED: June 16, 2025

MEYERS NAVE

By:     /s/Jenny L. Riggs
DEBORAH J. FOX
JENNY L. RIGGS
CATHERINE L. CARLISLE
SEENA M. SAMIMI
Attorneys for Plaintiffs
THE PEOPLE OF THE STATE OF CALIFORNIA and THE COUNTY OF LOS ANGELES

6212348

**ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(1), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 16, 2025                    MEYERS NAVE

                                        By:     /s/Jenny L. Riggs
                                                DEBORAH J. FOX
                                                JENNY L. RIGGS
                                                CATHERINE L. CARLISLE
                                                SEENA M. SAMIMI
                                                Attorneys for Plaintiffs
                                                THE PEOPLE OF THE STATE OF
                                                CALIFORNIA and THE COUNTY OF LOS
                                                ANGELES